ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| CDM/Filanc JV | ) | ASBCA Nos. 59410, 59788, 60678 |
| | ) | |
| Under Contract No. N62473-10-C-5011 | ) | |

APPEARANCES FOR THE APPELLANT:
J. Kent Holland, Jr., Esq.
William B. Fisher, Esq.
  ConstructionRisk Counsel, PLLC
  Tysons Corner, VA

Paul Milligan, Esq.
  Assistant General Counsel

APPEARANCES FOR THE GOVERNMENT:
Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
Russell A. Shultis, Esq.
  Assistant Director
Rawn M. James, Jr., Esq.
  Senior Trial Attorney
Genifer M. Tarkowski, Esq.
  Trial Attorney

ORDER OF DISMISSAL

The parties have settled their dispute in the referenced appeals. Accordingly, the appeals are hereby dismissed with prejudice.

Dated: 26 September 2017

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59410, 59788, 60678, Appeals of CDM/Filanc JV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals